IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01480-AP

RENEE M. BARRERAS,

     Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

     Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

        For Plaintiff:
        Michael W. Seckar
        Law Office of Michael W. Seckar, P.C.
        402 W. 12th Street
        Pueblo, CO 81003
        (719) 543-8636
        (719) 543-8403 (fax)
        E-mail: seckarlaw@mindspring.com

        For Defendant:
        Laura Ridgell-Boltz
        Special Assistant United States Attorney

        *Mailing Address:*
        *1961 Stout Street, Suite 1001A*
        *Denver, Colorado  80294*
        E-mail: laura.ridgell-boltz@ssa.gov

        *Street Address:*
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0100
        (303) 454-0404 (fax)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** July 31, 2006

    **B.     Date Complaint Was Served on U.S. Attorney's Office:**  August 21, 2006

    **C.     Date Answer and Administrative Record Were Filed**: October 20, 2006

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**  December 23, 2006

    **B.     Defendant's  Response Brief Due:**  January 22, 2007

    **C.     Plaintiff's  Reply Brief (If Any) Due:** February 6, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 15th day of November, 2006.

                                          BY THE COURT:

                                          S/John L. Kane
                                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar
MICHAEL W. SECKAR
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/
By: Laura Ridgell-Boltz
Special Assistant U.S. Attorney
laura.ridgell-boltz@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant