IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01480-MSK

RENEE M. BARRERAS,

    Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

    Defendant.

## ORDER SETTING ORAL ARGUMENT

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **July 20, 2007,** at **1:30 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 16th day of May, 2007

                                                          **BY THE COURT:**

*/s/ Marcia S. Krieger*

                                                          Marcia S. Krieger
                                                          United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.