IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01480-MSK

RENEE M. BARRERAS,

        Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

        Defendant.

_____

## ORDER GRANTING ATTORNEY FEES
_____

THIS MATTER is before the Court on the parties' Stipulated Motion for Award of Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 [Doc. 29]. Having reviewed the motion and the file, the Court hereby

**ORDERS** that Plaintiff Renee M. Barreras be awarded attorney fees in the amount of Five Thousand Six Hundred Dollars ($5,600.00) under the Equal Access to Justice Act, 28 U.S.C. §2412. The award should be made payable to Plaintiff and mailed to Plaintiff's attorney.

Dated this 25th day of September, 2007.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.