IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01480-MSK

RENEE M. BARRERAS,

       Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

       Defendant.

___

**ORDER**
___

**IT IS HEREBY ORDERED** that in view of the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(#29) and the Order Granting Attorney Fees (#30) entered on this date, the Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412 **(#26)** is now **DENIED AS MOOT**.

Dated this 25th day of September, 2007.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.